395 A.2d 1021

Commonwealth v. Lantzy, Appellant.

Submitted November 14, 1977. William R. Strong, for appellant; Phillip L. Wein, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.